**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> LARRY WHITNEY, <br><br> Defendant. | Case No. 1:14-cv-01086--SMS <br><br> ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* <br><br> (Doc. 3) |

By motion filed July 11, 2014, Defendant Larry Whitney, who is removing this case from Fresno County Superior Court, seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue new case documents.

IT IS SO ORDERED.

Dated:   **July 17, 2014**              /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE