# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>                    Plaintiff,<br><br>       v.<br><br>LARRY WHITNEY AND<br>JOYCE L. WHITNEY,<br><br>                    Defendants. | Case No. 1:14-cv-01086-LJO-SMS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING REMAND OF CASE TO STATE COURT<br><br>(Docs. 6 and 15) |

On September 30, 2014, Plaintiff Bank of America moved to remand this unlawful detainer action to Fresno County Superior Court, from which Defendants Larry Whitney and Joyce L. Whitney removed it. The matter was referred to the Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Local Rules 302 and 304.

On November 6, 2014, the Magistrate Judge filed findings and recommendations recommending that the case be remanded to the Superior Court of California, Fresno County. Although the findings and recommendations provided thirty days for the filing of objections, neither party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the case *de novo*. Having carefully reviewed the entire file and applicable law, the Court finds the findings and recommendations to be supported by the record and proper analysis.

      Accordingly, the findings and recommendations, filed June 27, 2014, are hereby ORDERED adopted in full and the above-captioned case is hereby REMANDED to the Superior Court of California, Fresno County.  The Clerk of Court is directed to close the case.

**SO ORDERED**
**Dated: December 10, 2014**

                                          **/s/ Lawrence J. O'Neill**
                                          **United States District Judge**